Case 2:24-cv-01120-NAD   Document 1   Filed 08/15/24   Page 1 of 7

FILED
2024 Aug-15 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

United States District Court
for the
NORTHERN DISTRICT OF ALABAMA

Southern Division

FILED
2024 AUG 15 P 3:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

Amanda Anne Keller
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Lane Keith           D'Shon Blaisden Snyder
Ivanka Trump         Haley Tieden
JD Vance             Brian Keller
Donald Trump Jr.     Luke Hammond
                     Lauren McLessee

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:24 cv 1120-NAD
(to be filled in by the Clerk's Office)

JURY TRIAL  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. **The Plaintiff**
   Name: Amanda Anne Keller
   Street Address: 780 18th Ave N Apt. B
   City and County: Birmingham, AL 35206 - Jefferson
   State and Zip Code: Alabama 35206
   Telephone Number: (205) 725-0416

B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
- Name: Lane Kiffin
- Job or Title: Football Coach
- Street Address: Oxford, MS
- City and County: " "
- State and Zip Code: Mississippi 38655

Defendant No. 2
- Name: Ivanka Trump
- Job or Title: FBI
- Street Address: Trump Towers
- City and County: New York / Manhattan
- State and Zip Code: New York 10022

Defendant No. 3
- Name: Donald Trump Jr.
- Job or Title: FBI
- Street Address: Trump Towers
- City and County: New York / Manhattan
- State and Zip Code: New York 10022

Defendant No. 4
- Name: JD Vance
- Job or Title: Governor of Florida
- Street Address: Mar-a-Lago
- City and County: Miami, Miami Dade
- State and Zip Code: Florida 33480

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
Name            D'Shera Blaisden Snyder
Job or Title    CIA Operative
Street Address  Ingehook, Millbrook
City and County Millbrook - Autauga
State and Zip Code Alabama, 36054

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question    ☑ USA Defendant    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

**B.    If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, (name) Amada Mbrekeuce, is a citizen of the State of (name) Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Lane Kiffin, is a citizen of the State of (name) Mississippi. Or is a citizen of (foreign nation) N/A.

    b. ~~If the defendant is a corporation~~

    b. Ivanka Trump of New York
    c. Dn Trump Jr of New York
    d. D'Shawn Blaida Smyle of Alabama
    e. JD Vance of Ohio
    f. Haley Hoden of Mississippi
    g. Brian Kmr of Georgia
    h. Will Hammond of Alabama
    i. Devin McIntyre of Alabama
    j. Rachel Daniel of Alabama
    k. Amy Daniel of Alabama

    ~~The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.~~

    Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    1,000,000 Cazillions— in labor/pay that was trensfered from my employer to them directly, missing me entirely. Also including money that was donated to me to help the cause as well as houses, cars, gifts, and included money given to me for horse deals, pettinyshards, boats, etc all the things.

III. **Statement of Claim**

*[Handwritten notes at top of page:]* Brooke Weber, receiving checks from the CIA for me, my two sons Sam and Noah - 3 checks outright / Haley Toeden - posed as my non-existent ID, also feels as me & leave as his partner in the FBI probably has my FBI credentials

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*[Handwritten:]*

Shana Blaisdell Snyder - She was using a "fake" power of attorney to "steal" income/paychecks and have them direct deposited into her account. She also had access to a bank account of mine @ Truist Bank where she was stealing money of mine from the NBA. She accepted 2 billion dollars apiece for me, my two sons and my dad to work for the CIA. She transferred one 1,000,000,000,000,000 out of my paypal account cash app/venmo in pesos. She had access to Truist account and all the money of mine there.

Lane Utsch - got 500 mn per day, he acted as if we were married and they sent all my paychecks to him for the whole time I was sleeping. He cashed checks of mine @ his house in MS.

Amy Powell + Rachel Powell - 50 million from the NBA, put my face on her camera - early 2000s movement grid by the CIA. George my protector from the FBI (Sheree left in my phone) - was Sam and dad from Tommy Travis.

Lula McBrayer - She owns SBA jobs home, 3 cars + she feeds, clothes, FBI paycheck, SBI paycheck

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[Handwritten:]* I would like to add an increased amount to all these above amounts for the pain and suffering that occurred. I had zero privacy the whole time and my brain was being monitored as well for the whole 10 years.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Amala_  Last Name _Kelley_
Mailing Address _780 1st Men Apt B_
City and State _Birmingham, AL_  Zip Code _35206_
Telephone Number _(205) 725-0416_
E-mail Address _Amalakelleybluc@gmail.com_

Signature of plaintiff _[signature]_
Date signed _8/13/24_


**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

*amanda kellerbuk @ gmail.com*

E-mail address designated for noticing:

*amandakellerbuk@gmail.com*

Participant signature: *[signature]*

Date: 8/13/24